**STATE of Missouri, Plaintiff-Respondent,**

v.

**Joseph HULSEY, Defendant-Appellant.**

No. 37033.

Missouri Court of Appeals,
St. Louis District,
Division Four.

Aug. 10, 1976.

Wilson Gray, St. Louis, for defendant-appellant.

John C. Danforth, Atty. Gen., Preston Dean, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

NORWIN D. HOUSER, Special Judge.

This is an appeal from an order of the Circuit Court of Franklin County revoking probation. The appeal is dismissed upon the mandate of § 549.141, RSMo 1969, which provides that "The action of any court in granting, denying, revoking, altering, extending or terminating any order placing a defendant upon probation or parole is not subject to review by any appellate court." *State v. Camden*, 514 S.W.2d 181 (Mo.App.1974); *State v. Madison*, 519 S.W.2d 369 (Mo.App.1975); *Stroder v. State*, 522 S.W.2d 77 (Mo.App.1975); *State v. Ewing*, 522 S.W.2d 105 (Mo.App.1975).

SMITH, C. J., and ALDEN A. STOCKARD, Special Judge, concur.